E-SERVED
05/06/04
04:53 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431 (MJD/JGL)**

**This Document Relates to:** **Case No. 01-2382 (MJD/JGL)**

**MARY SWINK,**

**Plaintiff,**

**v.**

**BAYER CORPORATION, et al.,**

**Defendants.**

## NOTICE OF DEPOSITION

Please take notice that at **5:00 p.m.** on **Thursday, May 20, 2004,** at the offices of Dr. Ayman Aref Zayed, 1010 Christine Avenue, Anniston, Alabama 26207 (256) 236-5631, defendant Bayer Corporation will take the deposition of **Dr. Ayman Aref Zayed** upon oral examination pursuant to the Federal Rules of Civil Procedure.

The deposition will be taken before a notary public or other officer authorized by law to administer oaths, for the purpose of discovery, of for use as evidence, or for both purposes in connection with this action. Said oral examination will continue from time to time until completed.

E-SERVED
05/06/04
04:53 PM ET
Baycol MDL 1431

Anne Marie Seibel
One of the Attorneys for
Defendant Bayer Corporation

OF COUNSEL

James W. Gewin
F. M. Haston III
John David Owen
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served the above and foregoing on:

Thomas J. Knight, Esq.
HUBBARD & KNIGHT
Post Office Drawer 1850
Anniston, Alabama 36202

Earl P. Underwood, Esq.
21 South Section Street
Fairhope, Alabama 36532-2206

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing address, on this 6th day of May, 2004.

OF COUNSEL



1/1165867.1

E-SERVED
05/06/04
04:53 PM ET
Baycol MDL 1431

## CERTIFICATE OF SERVICE

I, Rebecca Ostlund, certify that a true and correct copy was electronically served to counsel of record via Verilaw on May 6, 2004.

/Original Signature on File/
Rebecca Ostlund