**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

***In re BAYCOL PRODUCTS LITIGATION*** **MDL No. 1431 (MDL/JGL)**

**This Document Relates to:**

| | |
|---|---|
| *Mary Swink v. Bayer AG, et al.* | Case No. 01-2382 |
| *Gretchen Dickhausen v. Bayer AG, et al.* | Case No. 02-0057 |
| *Robert Gabriel v. Bayer AG, et al.* | Case No. 02-0124 |
| *Gabriel Horatio Lowe v. Bayer AG, et al.* | Case No. 02-0125 |
| *Susie Powell v. Bayer Corp., et al.* | Case No. 02-0430 |
| *Myrna Feingold v. Bayer Corp., et al.* | Case No. 02-1123 |
| *Elsie Smoker v. Bayer AG, et al.* | Case No. 02-2888 |
| *Perry Menson v. Bayer Corp., et al.* | Case No. 02-2975 |
| *Calvin Simpson v. Bayer Corp.* | Case No. 02-2995 |
| *Linda Pickering v. Bayer Corp., et al.* | Case No. 02-3485 |
| *Wanda Jorgensen v. Bayer AG, et al.* | Case No. 02-3879 |
| *Cornelia Kick v. Bayer AG, et al.* | Case No. 02-3881 |
| *Paul Montalvo v. Bayer AG, et al.* | Case No. 02-3884 |
| *James Hammons v. Bayer AG, et al.* | Case No. 02-3890 |
| *Linda Rush v. Bayer AG, et al.* | Case No. 02-3893 |
| *William Glasheen v. Bayer Corp., et al.* | Case No. 02-3915 |
| *Wendell McFadden v. Bayer Corp., et al.* | Case No. 02-3918 |
| *Victor Abiton v. Bayer Corp., et al.* | Case No. 02-3926 |
| *Bonita DeBoard v. Bayer Corp., et al.* | Case No. 02-3952 |
| *Marguerite Johnson v. Bayer AG, et al.* | Case No. 02-3958 |
| *Dora Johnson v. Bayer AG, et al.* | Case No. 02-4025 |
| *Craig Chester v. Bayer Corp., et al.* | Case No. 02-4040 |

**ORDER**

Based on the stipulated submissions pursuant to Pretrial Order No. 114 and this Court's Order of , 2004, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED:**

The above-captioned cases are **DISMISSED WITH PREJUDICE.**

Dated: DEC 29 2004

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

SCANNED
JAN - 3 2005
U.S. DISTRICT COURT MPLS